BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ORTIZ-SMITH

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00093 JW (PVT) |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| PETRA ORTIZ-SMITH, | ) | |
| Defendant. | ) | |

   The government and defendant Petra Ortiz-Smith stipulate and agree that the hearing date in the above-captioned matter, presently scheduled for February 27, 2006 should be continued to March 13, 2006 at 1:30 p.m..  The reason for this request is that defense counsel will be unavailable on February 27, 2006.

   The parties further stipulate and agree that the time from February 27, 2006 and to March 13, 2006 may be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), for continuity of counsel.

Dated: February 23, 2006                  _____/S/_____
                                          CYNTHIA C. LIE
                                          Assistant Federal Public Defender


Dated: February 23, 2006                  _____/S/_____
                                          SUSAN KNIGHT
                                          Assistant United States Attorney



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00093 JW (PVT) |
| Plaintiff, | ) ) | **[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. | ) ) | |
| PETRA ORTIZ-SMITH, | ) ) | |
| Defendant. | ) ) | |

The parties have jointly requested to continue the hearing date set for February 27, 2006 to be continued to March 13, 2006 at 1:30 p.m.. The reason for this continuance is that defense counsel is unavailable.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for February 27, 2006 to be continued to March 13, 2006 at 1:30 p.m.. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 27, 2006 through and including March 13, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: February 27, 2006                              _____
                                                                            JAMES WARE
                                                                            United States District Judge

2